Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4619 N Ravenswood Ave, Suite 303A
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| DENA PHILLIPS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CONVERGENT OUTSOURCING, INC., ) <br> ) <br> Defendant. ) | **Case No.:** Case 1:15-cv-00616---GSA <br><br> **Notice of Settlement** |

## NOTICE OF SETTLEMENT

Plaintiff, DENA PHILLIPS, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs the Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED: May 1, 2015                    RESPECTFULLY SUBMITTED,


                                       By: /s/ Michael S. Agruss
                                            Michael S. Agruss

1

**CERTIFICATE OF SERVICE**

    On May 01, 2015, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to defense counsel, Alisia Stephens, at astephens@ConvergentUSA.com.

By: /s/ Michael S. Agruss
Michael S. Agruss