1

2

3

4

5          **UNITED STATES DISTRICT COURT**

6          **EASTERN DISTRICT OF CALIFORNIA**

7

8    **DENA PHILLIPS,**                      **CASE NO. 1:15-CV-616 AWI GSA**

9              **Plaintiff**

10        **v.**                              **ORDER CLOSING CASE IN LIGHT OF
                                              NOTICE OF VOLUNTARY DISMISSAL
11   **CONVERGENT OUTSOURCING, INC.,**        WITH PREJUDICE**

12            **Defendants**                  (Doc. No. 8)

13

14          On May 8, 2015, Plaintiff filed a notice of voluntary dismissal with prejudice.  <u>See</u> Doc.

15   No. 8.

16          Rule 41(a)(1), in relevant part, reads:

17          (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a
            notice of dismissal before the opposing party serves either an answer or a motion
18          for summary judgment; or (ii) a stipulation of dismissal signed by all parties who
            have appeared. . . . (B) Unless the notice or stipulation states otherwise, the
19          dismissal is without prejudice.

20   In *Wilson v. City of San Jose*, the Ninth Circuit explained:

21
            Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his
22          action prior to service by the defendant of an answer or a motion for summary
            judgment.  <u>Concha v. London</u>, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing <u>Hamilton</u>
23          <u>v. Shearson-Lehman American Express</u>, 813 F.2d 1532, 1534 (9th Cir. 1987)). A
            plaintiff may dismiss his action so long as the plaintiff files a notice of dismissal
24          prior to the defendant's service of an answer or motion for summary judgment.
            The dismissal is effective on filing and no court order is required.  <u>Id</u>. . . .  The
25          filing of a notice of voluntary dismissal with the court automatically terminates the
            action as to the defendants who are the subjects of the notice.  <u>Concha</u>, 62 F.2d at
26          1506.  Unless otherwise stated, the dismissal is ordinarily without prejudice to the
            plaintiff's right to commence another action for the same cause against the same
27          defendants.  <u>Id</u>. (citing <u>McKenzie v. Davenport-Harris Funeral Home</u>, 834 F.2d 930,

28

934-35 (9th Cir. 1987)). Such a dismissal leaves the parties as though no action had been brought.  Id.

Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

No answers to Plaintiff's complaint and no motions for summary judgment have been filed in this case and it appears that no such answers or summary judgment motions have been served. Because Plaintiff has exercised her right to voluntarily dismiss her complaint with prejudice under Rule 41(a)(1), this case has terminated.  See Wilson, 111 F.3d at 692.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case in light of Plaintiff's Rule 41(a)(1) voluntary dismissal with prejudice.

IT IS SO ORDERED.

Dated:   May 12, 2015   

_____

SENIOR  DISTRICT  JUDGE